UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROBERT HOFFMAN,

       Plaintiff,

                                  19-CV-19

v.

KEITH D. WEINER & ASSOC. CO., L.P.A.,

       Defendant.

---

## DEFENDANT'S MOTION TO DISMISS

---

Defendant Keith D. Weiner & Assoc., Co. LPA, by and through its attorneys, Wilson Elser Moskowitz Edelman & Dicker LLP, hereby moves to dismiss Plaintiff's Complaint ("Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim. Plaintiff's allegations against Keith D. Weiner & Assoc., Co. LPA fail to allege conduct that violates the Fair Debt Collection Practices Act and the Wisconsin Consumer Act and, as a result, the Complaint against Keith D. Weiner & Assoc., Co. LPA should be dismissed as a matter of law. This motion is further supported by the accompanying memorandum of law in support, filed herewith.

Dated this 13th day of February, 2019.

                         **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

                         *s/ Christina A. Katt*
                         Christina A. Katt
                         State Bar No. 1073979
                         Attorneys for Keith D. Weiner & Assoc., Co. LPA
                         740 N. Plankinton Avenue, Suite 600
                         Milwaukee, WI 53203

Phone:  414-276-8816
Fax:  414-276-8819
Email:  Christina.katt@wilsonelser.com

320620v.1